# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2911 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 116 DB 2022 |
| | : | |
| | : | (United States District Court for the |
| v. | : | Eastern District of Pennsylvania, Case |
| | : | No. 2:22-cr-206) |
| | : | |
| JESSE M. COHEN, | : | Attorney Registration No. 93020 |
| | : | |
| Respondent | : | (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of September, 2022, the Joint Petition for Temporary Suspension is **GRANTED**, Jesse M. Cohen is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217.

Respondent's rights to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this Order are specifically preserved. *See* Pa.R.D.E. 214(f)(2).